UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

HUBERT ARVIE                                          DOCKET NO. 2:23-cv-0717

VERSUS                                                JUDGE JAMES D. CAIN, JR.

CATHEDRAL OF FAITH MISSIONARY              MAGISTRATE JUDGE WHITEHURST
BAPTIST CHURCH, ET AL

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby

**ORDERS, ADJUDGES,** and **DECREES** that the Motion to Amend [doc. 26] be

**DENIED**, that the Report and Recommendation be **ADOPTED**, and that this matter be

**DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim for which relief

may be granted, and for seeking money damages against a defendant who is immune from

suit, pursuant to the provisions of 28 U.S.C. § 1915(e)(2).

**THUS DONE AND SIGNED** in Chambers on the 31st day of October, 2024.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**